

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2014

No. 04-13-00888-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO LLC** d/b/a Casa Rio
Healthcare and Rehabilitation ("Casa Rio"),
Appellant

v.

Jose **FLORES** as Next Friend of Julie Flores,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04577
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Appellant's motion to stay trial court proceedings is GRANTED. We ORDER all trial court proceedings stayed pending resolution of this interlocutory appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court